**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW DAVIES,<br><br>      Plaintiff(s),<br><br>v.<br><br>GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br><br>      Defendant(s). | Case No.: 2:19-cv-01987-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 18, 19] |

Pending before the Court is a stipulation to stay discovery related to the extra-contractual claim until there is resolution of Defendant's motion to dismiss. Docket No. 19; *see also* Docket No. 6 (motion to dismiss). For good cause shown, the stipulation is **GRANTED** and discovery related to the extra-contractual claim is **STAYED**. All other discovery shall proceed. In the event resolution of the motion to dismiss does not result in disposition of the extra-contractual claim, then an amended joint discovery plan must be filed within 14 days of the resolution of that motion.

In light of the above, the motion to stay discovery (Docket No. 18) is **DENIED** as moot.

IT IS SO ORDERED.

Dated: February 26, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1