McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for GEICO GENERAL INSURANCE COMPANY erroneously sued and served herein as GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW DAVIES, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO; DOE INDIVIDUALS 1 – 10; and ROE CORPORATIONS 11 – 20,<br><br>  Defendants. | Case No. 2:19-cv-01987-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

Case No. 2:19-cv-01987-GMN-NJK

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Each party will bear their own costs and attorneys' fees.

DATED this 3 day of December, 2020

COGBURN LAW

By _____
Jamie S. Cogburn, Esq., Nevada Bar No. 8409
Joseph J. Troiano, Esq., Nevada Bar No. 12505
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Tel. (702) 748-7777
Attorneys for Plaintiff

DATED this 9th day of December, 2020

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By _____
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated this __9__ day of December, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

7215378.1